JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JIMMY McCALLUM, | ) | CASE NO. CV 14-3931-AB (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| M. ELIOT SPEARMAN, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: <u>May 4, 2017</u>.

ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT JUDGE

C:\Users\cbadirian\AppData\Local\Temp\notesC7A056\Judgment.wpd